**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1791**

———————

CHARLES WILLIAM LEVY,

                                    Plaintiff - Appellant,

        versus

COUNTY OF FAIRFAX, VIRGINIA; PENELOPE A.
GROSS, Supervisor of Mason District; LERNER
CORPORATION,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-03-706-A)

———————

Submitted:  October 23, 2003          Decided:  October 29, 2003

———————

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles William Levy, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles W. Levy appeals the district court's orders dismissing his civil action and denying his motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we grant Levy's motion to proceed in forma pauperis and affirm for the reasons stated by the district court. See Levy v. County of Fairfax, No. CA-03-706-A (E.D. Va. June 11, 2003; filed June 13, 2003 & entered June 16, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED